UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF TERRA INVEST, LLC UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No. _____

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Petitioner Terra Invest, LLC ("Terra Invest") hereby certifies that:

(1) Deriency Investments, Ltd. is the parent company of Terra Invest; and

(2) No publicly held corporation owns 10% or more of the stock of Terra Invest or its parent company.

Dated: June 23, 2021

Respectfully submitted,

/s/ Daniel A. Schnapp
Daniel A. Schnapp, Bar No. 4005799
**NIXON PEABODY LLP**
55 W. 46th Street, Tower 46
New York, NY 10036
Telephone: 212-940-3026
dschnapp@nixonpeabody.com

*Counsel for Petitioner Terra Invest, LLC*

1