# EX. C

Exhibit No _____

Aman
ĀMAN
Aman Resorts International (HQ: Singapore)
34 locations
Toranomon-Azabudai
Tokyo, Japan
Address NY & FL:
NY: 25 Columbus Circle, 60th Street, New York, NY 10023
FL: 26 Star Island Dr, Miami Beach, FL 33139
Capital Group Art Foundation
CG CAPITAL GROUP
Vladislav Doronin
33%
33%
33%
Pavel Tio
Eduard Berman
Capital Group Development, LLC
CAPITAL INVESTMENTS TRADING LIMITED (BVI)
C.I.T. CAPITAL INVESTMENTS LIMITED (Cyprus, HE114808)
Poultry Farm Krasnogorskaia, JSC
Controlled by Capital Group
Sibaro Trading Limited (Cyprus)
Fuderin Trading & Investments Limited (Cyprus)
Supperstone Holdings Limited (Cyprus)
Citistream Trading & Investments Limited (Cyprus)
Capital Group, LLC
Capital Group Marketing, LLC
80%
20%
OKO Service, LLC
Capital Group, BF charitable foundation
UK Imperial House, LLC
Firma-ADS-424, LLC
OKO Group
Oko Group LLC New York
Oko Group LLC Miami
Oko Group LLC Delaware (US) est. 2015
Projects on OKO's website
2009
Capital City Moscow, Russia
2011
Legend of Tsvetnoy Moscow, Russia
2010
Imperial House Moscow, Russia
2016
Mon Cher Moscow, Russia
Oko Tower
real estate development project
Moscow, Russia
Una Miami, USA
Aman New York New York, USA
Brickell condo tower Miami, USA
Missoni Baia Miami, USA
Capital Hill Residence Barvikha, Russia
2016
Gavril Yushvaev billionaire Russian oligarch
Starlook Consultants Limited (investment: $300M) (Cyprus)
50%
Lisario Trading Limited (Cyprus)
(investment: $300M)
50%
Capital Group's Oko Tower

