# EX. D

Представляемого и совершать любые действия в рамках осуществления указанных выше полномочий.

Доверенность выдана до двадцать седьмого июня две тысячи двадцатого года без права передоверия.

Генеральный директор  
ООО «Терра Инвест» Г.В. Березуева