# EX. E



**МИНИСТЕРСТВО ЮСТИЦИИ
РОССИЙСКОЙ ФЕДЕРАЦИИ**

**федеральное бюджетное учреждение
РОССИЙСКИЙ ФЕДЕРАЛЬНЫЙ ЦЕНТР
СУДЕБНОЙ ЭКСПЕРТИЗЫ
ПРИ МИНИСТЕРСТВЕ ЮСТИЦИИ
РОССИЙСКОЙ ФЕДЕРАЦИИ**

109028, г. Москва, Хохловский пер., д.13, стр.2
тел.: (495) 916-21-55, факс: (495) 916-26-29
e-mail: info@sudexpert.ru

ОКПО 02844624   ОГРН 1027700335849
ИНН 7704055136   КПП 770901001

01.04.2021    № 1177/07-7-21

На № _____ от _____

Нотариусу
Алексееву С.Д.

г. Москва, Кутузовский пр-т, 4/2

Направляется заключение эксперта № 1177/07-7-21 от 01.04.2021 с приложением — фототаблицей, данное на основании постановления нотариуса от 24.03.2021 о назначении экспертизы.

Возвращаем присланные на исследование документы:

- копию доверенности от 27.06.2018 от имени ООО «Терра Инвест» о передаче полномочий Харитонову Д.А. на представление интересов ООО «Терра Инвест» (1 л.);

- Форму 2.2 в ПАО «Сбербанк России» - карточка с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В., в том числе на флэш-носителе (1 л.);

- Письмо б/н от 20.01.2020г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 04.02.2020г. в ООО «Рождествено (8 л.);

- Письмо б/н от 06.02.2020г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 21.02.2020 в АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 28.02.2020г. в АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 02.03.2020г. в АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 04.03.2020г. в АО «Рождествено», ООО «Рождествено» (1 л.);

- Форма 1.29 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. (1 л.),

- Форма 2.2 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. в двух экземплярах (на 5 л. каждый экземпляр).

Сообщаем, что производство экспертизы оплачено представителем ООО «Терра Инвест».

Приложение:

1) заключение эксперта № 1177/07-7-21 от 01.04.2021 с подпиской эксперта и фототаблицей всего на 10 л.;

2) исследуемые документы всего на 27 л.;

3) прочие документы на 15 л.

Заместитель директора                                    Бочаров Г.Г.

Торопова Марина Владимировна
8-495-181-57-57 доб. 2701

# МИНИСТЕРСТВО ЮСТИЦИИ РОССИЙСКОЙ ФЕДЕРАЦИИ

**ФЕДЕРАЛЬНОЕ БЮДЖЕТНОЕ УЧРЕЖДЕНИЕ
РОССИЙСКИЙ ФЕДЕРАЛЬНЫЙ ЦЕНТР СУДЕБНОЙ ЭКСПЕРТИЗЫ
ПРИ МИНИСТЕРСТВЕ ЮСТИЦИИ РОССИЙСКОЙ ФЕДЕРАЦИИ**

109028, Москва, Хохловский пер., д.13, стр.2     тел. (495) 916-21-55, факс (495) 916-26-29
e-mail: info@sudexpert.ru

## ПОДПИСКА ЭКСПЕРТА

Мне, работнику федерального бюджетного учреждения Российский федеральный центр судебной экспертизы при Министерстве юстиции Российской Федерации:

- заведующему учебно-методическим отделом, ведущему государственному судебному эксперту Тороповой Марине Владимировне, к.ю.н., имеющей высшее химическое и юридическое образование, дополнительное профессиональное образование по экспертным специальностям 3.1 "Исследование реквизитов документов" и 3.2 "Исследование материалов документов", право самостоятельного производства экспертиз по специальностям 3.1 и 3.2, общий стаж экспертной работы с 1987 года;

в связи с производством экспертизы № 1177/07-7-21, назначенной постановлением от 24.03.2021 нотариуса Алексеева С.Д. о назначении экспертизы, руководителем ФБУ РФЦСЭ при Минюсте России в соответствии со ст. 14 Федерального закона от 31.05.2001 № 73-ФЗ «О государственной судебно-экспертной деятельности в Российской Федерации» разъяснены права и обязанности эксперта, предусмотренные ст. 16 и 17 этого закона.

Об ответственности за дачу заведомо ложного заключения по ст. 307 УК РФ предупреждена.

Эксперт: _____ Торопова М.В.

«24» марта 2021 года.

**МИНИСТЕРСТВО ЮСТИЦИИ РОССИЙСКОЙ ФЕДЕРАЦИИ**
**ФЕДЕРАЛЬНОЕ БЮДЖЕТНОЕ УЧРЕЖДЕНИЕ**
**РОССИЙСКИЙ ФЕДЕРАЛЬНЫЙ ЦЕНТР СУДЕБНОЙ ЭКСПЕРТИЗЫ**
**ПРИ МИНИСТЕРСТВЕ ЮСТИЦИИ РОССИЙСКОЙ ФЕДЕРАЦИИ**

109028, Москва, Хохловский пер., д.13, стр.2 тел. (495) 916-21-55, факс (495) 916-26-29
e-mail: info@sudexpert.ru

# ЗАКЛЮЧЕНИЕ ЭКСПЕРТА

по постановлению нотариуса Алексеева С.Д. о назначении экспертизы

«01» апреля 2021 года                                   № 1177/07-7-21

Экспертиза начата: 09-00; 24.03.2021
Экспертиза окончена: 13-00; 01.04.2021

24.03.2021 в ФБУ РФЦСЭ при Минюсте России при постановлении нотариуса от 24.03.2021 Алексеева С.Д. о назначении экспертизы для производства судебно-технической экспертизы документов поступили подлежащие исследованию документы:

- копия доверенности от 27.06.2018 от имени ООО «Терра Инвест» о передаче полномочий Харитонову Д.А. на представление интересов ООО «Терра Инвест» ((далее – копия доверенности от 27.06.2018) на 1 л.;

- Форма 2.2 в ПАО «Сбербанк России» - карточка с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В., в том числе на флэш-носителе (далее – копия документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест») на 1 л.;

- Письмо б/н от 20.01.2020г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 04.02.2020г. в ООО «Рождествено (8 л.);

- Письмо б/н от 06.02.2020г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 21.02.2020 в АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 28.02.2020г. в АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 02.03.2020г. в АО «Рождествено», ООО «Рождествено» (1 л.);

- Письмо б/н от 04.03.2020г. в АО «Рождествено», ООО «Рождествено» (1 л.);

- Форма 1.29 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. (1 л.),

- Форма 2.2 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. в двух экземплярах (на 5 л. каждый экземпляр).

Производство экспертизы поручено:

- заведующему учебно-методическим отделом, ведущему государственному судебному эксперту Тороповой Марине Владимировне, к.ю.н., имеющей высшее химическое и юридическое образование, дополнительное профессиональное образование по экспертным специальностям 3.1 "Исследование реквизитов документов" и 3.2 "Исследование материалов документов", право самостоятельного производства экспертиз по специальностям 3.1 и 3.2, общий стаж экспертной работы с 1987 года.

Эксперт Торопова М.В. предупреждена об ответственности за дачу заведомо ложного заключения по ст. 307 УК РФ.

На разрешение эксперта поставлен вопрос:

1. Изготовлена ли доверенность, выданная 27.06.2018 в пользу Харитонова Д.А. от имени ООО «Терра Инвест», путем технического монтажа с копированием изображений оттиска печати ООО «Терра Инвест» и (или) подписи Березуевой Г.В. из Формы 2.2 в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. или других документов, представленных в качестве образцов?

После производства экспертизы документы были отмечены оттиском штампа "ФБУ РФЦСЭ".

# ИССЛЕДОВАНИЕ

*При производстве экспертизы использовалась следующая методическая литература:*

*Тросман Э.А., Черткова Т.Б. и др. Состав и свойства материалов письма // Справочное пособие для экспертов. – М.: ФБУ РФЦСЭ при Минюсте России, 2017.*

*Исследование денежных билетов, ценных бумаг и документов, изготовленных средствами электрофотографии. // Методические рекомендации. – М., ЭКЦ МВД РФ, 1998.*

*Торопова М.В. Экспертные технологии исследования документов, изготовленных путем монтажа // Судебная экспертиза, № 1(37), 2014, С. 54-63.*

*Производство судебной компьютерно-технической экспертизы. Методические рекомендации. Ч. IV. / под общ. ред. Усова А.И. колл. авт.– М.: РФЦСЭ, 2011.*

На исследование поступили документы, перечисленные во вводной части заключения эксперта.

Копия доверенности от 27.06.2018 представляет собой лист формата А4, на котором имеются следующие реквизиты: - бланк ООО «Терра Инвест», печатный

текст доверенности, изображение подписи Березуевой Г.В., изображение оттиска печати ООО «Терра Инвест». Все реквизиты имеют серо-черный цвет. Копия документа оставлена в наблюдательном производстве ЛСТЭД.

При микроскопическом исследовании копии доверенности от 27.06.2018 (микроскоп МБС-10, увеличение от 8 крат) установлено, что:

- штрихи всех реквизитов матовые, образованы в результате наложения микроточек базовых цветов (черного, голубого, малинового и желтого); - края штрихов неровные, с микроизвилистостями, нечеткими окончаниями элементов; красящее вещество штрихов частично проникает в толщу бумаги, образует достаточно равномерный тонкий слой на её поверхности.

Описанные признаки в совокупности свидетельствуют о том, что копия доверенности от 27.06.2018 отпечатана способом цветной струйной печати на печатающем устройстве струйного типа.

Копия документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест» (на отдельном листе) представляет собой лист бумаги формата А4 в верхней части которого имеются: - печатный текст «Генеральный директор ООО «Терра Инвест» Березуева Галина Владимировна», ««__»____201_г.», подстрочные линии и подстрочный текст «Должность и ФИО (полностью) уполномоченного лица Участника сделки)» и «(подпись)»; - изображение подписи Березуевой Г.В.; - изображение оттиска печати ООО «Терра Инвест». Печатный текст выполнен красящим веществом серо-черного цвета, подпись и оттиск печати – синего цвета.

При микроскопическом исследовании (микроскоп МБС-10, увеличение от 8-ми крат) установлено, что копия документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест» (на отдельном листе) отпечатана способом цветной струйной печати на печатающем устройстве струйного типа (описание признаков способа печати см. выше).

Остальные представленные на исследование документы (письма, формы 1.29, 2.2), перечисленные во вводной части, являются оригиналами, выполнены на листах формата А4, состоят из печатных реквизитов (текста, бланка) рукописных реквизитов (записей, подписей), оттисков печати ООО «Терра Инвест».

При микроскопическом исследовании реквизитов указанных документов (микроскоп МБС-10, увеличение от 8-ми крат) установлено, что:

- штрихи печатных текстов образованы из спекшихся микрочастиц, лежащих на поверхности бумаги, имеют неравномерный глянцевый блеск; - вокруг штрихов и по всему листу имеется осыпь из отдельных микрочастиц; - микрочастицы либо одного цвета (при монохромной печати), либо базовых цветов (при цветной печати);

- красящее вещество в штрихах записей и подписей Березуевой Г.В. располагается на поверхности бумаги, не проникая в её толщу, распределено в штрихах неравномерно (интенсивно окрашенные участки чередуются со слабоокрашенными и неокрашенными), имеет специфический блеск, не

растворяется в воде; - в штрихах видны следы неравномерного давления пишущего шарика; - ступенчатости, дискретности, отдельных микроточек разного цвета в штрихах не наблюдается;

- красящее вещество в штрихах оттисков печати ООО «Терра Инвест» проникает в толщу бумаги, не имеет блеска; - края штрихов неровные с небольшими расплывы по волокнам; - штрихи окрашены достаточно равномерно, не водянистые; - одноименные знаки в оттисках имеют одинаковую конфигурацию; - расстояния между знаками в словах равномерные; - слова, обозначения расположены симметрично относительно линий; - ступенчатости, дискретности, отдельных микроточек разного цвета в штрихах не наблюдается.

Перечисленные признаки свидетельствуют о том, что представленные на исследование документах (письмах, формах 1.29 и 2.2) печатные тексты выполнены способом электрофотографической печати (монохромной или цветной), подписи Березуевой Г.В. и рукописные записи выполнены пастами для шариковых ручек, оттиски печати нанесены штемпельными красками.

Для ответа на поставленный вопрос на первом этапе исследования проводилось изучение копии доверенности от 27.06.2018 (параметров шрифта, параметров форматирования, характера отображения подписи и оттиска печати). В результате установлено следующее.

Текст копии доверенности выполнен шрифтом "Times New Roman суг", входящим в набор стандартных шрифтов ("True Type") текстовых редакторов операционной системы "Windows". Высота строчных букв текста – 1,7 мм, прописных букв – 2,4 мм (± 0,05).

Шрифт в копии отобразился со значительными искажениями, в частности, практически утрачены отсечки, спрямлены овалы, полуовалы, утолщены соединительные элементы.

Шрифт «М.П.» в месте расположения изображения оттиска печати отобразился иначе, чем остальной текст, а именно, высота букв 2,5 мм, отсечки отобразились более четко, тонкие и не сливаются с элементом, окончанием которого являются.

Текст в копии доверенности выровнен по ширине, кроме 2-й строки «Г. Москва двадцать седьмое июня две тысячи восемнадцатого года» и строки с подстрочной линией и расшифровкой подписи «Г.В. Березуева».

Расстояние от правого края листа (поле) до границы текста в строке с расшифровкой подписи «Г.В. Березуева» – 27,5 мм, то же, что и до разделительной линии бланка, но не соответствует расстоянию до правой границы основного текста – 31,5 мм, начинающегося словами «Настоящей доверенностью…..», заканчивающегося словами «….указанных выше полномочий.»

Все строки текста параллельны.

Подстрочная линия и расшифровка подписи «Г.В. Березуева» выполнены не в одну строку с текстом фрагмента «Генеральный директор», а смещены вверх на 1,5 мм относительно линии строки фрагмента «Генеральный директор».

Межстрочный интервал между предпоследней строкой основного текста доверенности («Доверенность выдана до двадцать седьмого июня две тысячи

двадцатого года без права..») и линией строки текста «Генеральный директор» составляет 14,5 мм, что не кратно межстрочному интервалу– 3,8 мм, с которым по умолчанию выполнен вышерасположенный текст.

Межстрочный интервал между предпоследней строкой основного текста доверенности и линией строки текста «Г.В. Березуева» » составляет 13,0 мм, что также не кратно межстрочному интервалу– 3,8 мм, с которым по умолчанию выполнен вышерасположенный текст.

Расстояние от подстрочной линии до строки с текстом «М.П.» составляет 8,8 + 0,6 мм, до предпоследней строки основного текста – 24,0 мм, что не кратно межстрочному интервалу– 3,8 мм, с которым выполнен вышерасположенный текст.

Несовпадения линий строк нижнего фрагмента текста в копии доверенности показаны на Илл.1 фототаблицы, прилагаемой к заключению эксперта.

Таким образом, нижняя часть текста с реквизитами лица, от имени которого выполнена подпись и указанием на место печати выполнена с использованием иных параметров форматирования, чем те, которые применялись по умолчанию при электронном наборе вышерасположенного текста доверенности (без бланка).

Подпись Березуевой Г.В. отобразилась в копии нечетко, штрихи ступенчатые, с разрывами, нет плавных переходов интенсивностей окраски штрихов, окончания штрихов рваные. Описанные признаки свидетельствуют о том, что изображение подписи Березуевой Г.В. получено в копии путем неоднократного последовательного технического копирования.

Далее проводилось сравнительное исследование копии доверенности от 27.06.2018 с остальными документами.

В результате установлено, что в копии доверенности от 27.06.2018:

- изображение подписи Березуевой Г.В. отличается по конфигурации от подписей Березуевой Г.В.,

- изображение оттиска печати ООО «Терра Инвест» отличается по размеру (окружностей, знаков текста), по наличию и расположению обозначения «М.П.»

от, соответственно, подписей Березуевой Г.В. и оттисков печати ООО «Терра Инвест» в документах:

- Письме б/н от 20.01.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.02.2020 г. в ООО «Рождествено; - Письме б/н от 06.02.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 21.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 28.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 02.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Форме 1.29 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В.; - Форме 2.2 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. в 2-х экземплярах.

Таким образом, подписи Березуевой Г.В. и оттиски печати ООО «Терра Инвест» в документах:

- Письме б/н от 20.01.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.02.2020 г. в ООО «Рождествено»; - Письме б/н от 06.02.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 21.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 28.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 02.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Форме 1.29 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В.; - Форме 2.2 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. в 2-х экземплярах.

не использовались для изготовления копии доверенности от 27.06.2018.

При сравнительном исследовании копии доверенности от 27.06.2018 с копией документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест» установлено следующее.

Изображения подписи Березуевой Г.В. в обеих копиях имеют одинаковые конфигурацию, размеры и характеризуются одинаковыми частными особенностями отображения (утолщениями, утоньшениями, характером окончаний, характером участков пересечения с подстрочной линией, неравномерной интенсивностью участков штрихов) – см. признаки 1–9 на Илл. 2 и 3 фототаблицы, прилагаемой к заключению эксперта.

Расстояние от начала подстрочной линии до участка пересечения с ней первого петлевого элемента подписи одинаково в обеих копиях (30 мм).

При наложении друг на друга подписи практически совпадают (имеется незначительное смещение, которое эксперт объясняет минимальными изменениями масштабирования при переводе из одного формата в другой в процессе сканирования, сохранения, а также при выборе параметров печати).

Изображения оттисков печати ООО «Терра Инвест» в обеих копиях характеризуются одинаковыми размерами, при наложении практически полностью совпадают. Текст «М.П.» по отношению к оттискам расположен одинаково. В то же время по отношению к подписям Березуевой Г.В. оттиски печати ООО «Терра Инвест» в копиях расположены по-разному.

Оценивая в совокупности выявленные признаки, эксперт приходит к следующему выводу.

В копии доверенности от 27.06.2018 и в копии документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест» имеются изображение одной и той же подписи Березуевой Г.В. с подстрочной линией и одного и того же оттиска печати ООО «Терра Инвест» с текстом «М.П.».

В копии доверенности от 27.06.2018 изображение подписи Березуевой Г.В. с подстрочной линией и изображение оттиска печати ООО «Терра Инвест» с текстом «М.П.» были перенесены на документ по отдельности, вероятнее всего, в режиме вставки из другого электронного документа (или графического файла).

Установить изготовлена ли копия доверенности ООО «Терра Инвест» от 27.06.2018 способом технического монтажа путем копирования изображений, оттиска печати ООО «Терра Инвест» и (или) подписи Березуевой Г.В. из документа с флэш-носителя с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. не представляется возможным, вследствие того, что не представлен оригинал данного документа, а только его распечатанная электронная копия.

Подписи Березуевой Г.В. и оттиски печати ООО «Терра Инвест» в документах-оригиналах:

- Письме б/н от 20.01.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.02.2020 г. в ООО «Рождествено»; - Письме б/н от 06.02.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 21.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 28.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 02.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Форме 1.29 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В.; - Форме 2.2 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. в 2-х экземплярах.

не использовались для изготовления копии доверенности от 27.06.2018.

## В Ы В О Д Ы:

1. В копии доверенности от 27.06.2018 от имени ООО «Терра Инвест» о передаче полномочий Харитонову Д.А. представлять интересы ООО «Терра Инвест» и в копии документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест» (названном в постановлении о назначении экспертизы «Форма 2.2 в ПАО «Сбербанк России» - карточка с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В.») имеется изображение одной и той же подписи Березуевой Г.В. с подстрочной линией и одного и того же оттиска печати ООО «Терра Инвест» с печатным текстом «М.П.».

В копии доверенности от 27.06.2018 от имени ООО «Терра Инвест» о передаче полномочий Харитонову Д.А. представлять интересы ООО «Терра Инвест» изображение подписи Березуевой Г.В. с подстрочной линией и изображение оттиска печати ООО «Терра Инвест» с текстом «М.П.» были перенесены на документ по отдельности, вероятнее всего, в режиме вставки из другого электронного документа (или графического файла).

Установить изготовлена ли копия доверенности от имени ООО «Терра Инвест» о передаче полномочий Харитонову Д.А. представлять интересы ООО «Терра Инвест» способом технического монтажа путем копирования изображений оттиска печати ООО «Терра Инвест» и (или) подписи Березуевой Г.В. из документа с флэш-носителя с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. (названного в постановлении о назначении экспертизы «Форма 2.2 в ПАО «Сбербанк России» - карточка с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В.») не представляется возможным, ввиду непредставления оригинала данного документа.

Подписи Березуевой Г.В. и оттиски печати ООО «Терра Инвест» в документах-оригиналах:

- Письме б/н от 20.01.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.02.2020 г. в ООО «Рождествено; - Письме б/н от 06.02.2020 г. в ООО «Фридом», АО «Рождествено», ООО «Рождествено»; - Письме б/н от 21.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 28.02.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 02.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Письме б/н от 04.03.2020 г. в АО «Рождествено», ООО «Рождествено»; - Форме 1.29 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В.; - Форме 2.2 от 12.12.2019 г. в ПАО «Сбербанк России» с образцами оттиска печати ООО «Терра Инвест» и подписи Березуевой Г.В. в 2-х экземплярах,

не использовались для изготовления копии доверенности от имени ООО «Терра Инвест» о передаче полномочий Харитонову Д.А. представлять интересы ООО «Терра Инвест».

Эксперт:                                                                        Торопова М.В.

напечатано экземпляров - 2:
1- в адрес нотариуса Алексеева С.Д., адрес: г. Москва, Кутузовский пр-т, 4/2
2 – в наблюдательное производство ЛСТЭД
Торопова Марина Владимировна
8(495) 181-57-57 доб. 2701

**ФОТОТАБЛИЦА** к заключению эксперта №1177/07-7-21 от 01.04.2021.

Представляемого и совершать любые действия в рамках осуществления указанных выше полномочий.

Доверенность выдана до двадцать седьмого июня две тысячи двадцатого года без права передоверия.

Г.В. Березуева

Генеральный директор
ООО «Терра Инвест»

Илл. 1. Отсканированный фрагмент нижней части исследуемой копии доверенности от 27.06.2018.
Красными линиями показано, что текст «Генеральный директор», подстрочная линия и текст «Г.В. Березуева» выполнены не в одну строку.



Илл.2. Изображение подписи от имени Березуевой Г.В. в копии доверенности от 27.06.2018.



Илл.2. Изображение подписи от имени Березуевой Г.В. в копии документа с флэш-носителя с подписью Березуевой Г.В. и оттиском печати ООО «Терра Инвест».

Стрелками отмечены одинаковые особенности отображения подписей в обеих копиях.

Эксперт:                                                                                        Торопова М.В.



Пронумеровано, прошито и
скреплено печатью на

**MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION**

**Federal State-Funded Institution
RUSSIAN FEDERAL CENTRE OF FORENSIC SCIENCE UNDER THE MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION**

109028, Moscow Khokhlovski Pereulok Dom 13 Str. 2
Tel: (495) 916-21-55, fax: (495) 916-26-29
e-mail: info@sudexpert.ru

OKPO Code 02844624     OGRN Number 1027700335849
INN 7704055136   / KPP 770901001

To the Notary Public
S.D. Alekseyev

City of Moscow, Kutuzovski Prospekt 4/2

_01 April 2021_ No._1177/07-7-21_

Your ref. _____ dated
_____

We are sending you herewith Expert Statement No. 1177/07-7-21 dated 01 April 2021 with the attached photo-tables issued on the basis of the notary public's decision dated 24 March 2021 to perform an expert examination.

We are returning the following documents sent in for study:

— A copy of a power of attorney dated 27 June 2018 on behalf of Terra Invest LLC on delegation of authority to D.A. Kharitonov to represent Terra Invest LLC (one sheet);

— Sberbank of Russia PAO form 2.2: Card, including a scan on flash-drive, with samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva (one sheet);

— Letter w/o number dated 20 January 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 04 February 2020 to Rozhdestveno LLC (eight sheets);

— Letter w/o number dated 06 February 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 21 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 28 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 02 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 04 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Sberbank of Russia PAO form 1.29 dated 12 December 2019 with samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva (one sheet);

— Sberbank of Russia PAO form 2.2 dated 12 December 2019 with samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva, in two copies (each copy on five sheets).

We hereby inform you that a representative of Terra Invest LLC paid the expert fee.

Annex:

1) Expert Statement No. 1177/07-7-21 dated 01 April 2021 signed by the expert and a photo-table on 10 sheets in total;

2) Documents submitted for examination on 27 sheets in total;

3) Other documents on 15 sheets.

Deputy Director                    _(Signed)_                    G.G. Bocharov

Marina Vladimirovna Toropova
8-495-181-57-57 ext. 2701

# MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION

## FEDERAL STATE-FUNDED INSTITUTION
## RUSSIAN FEDERAL CENTRE OF FORENSIC SCIENCE UNDER THE MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION

109028, Moscow Khokhlovski Pereulok Dom 13 Str. 2      Tel. (495) 916-21-55, fax (495) 916-26-29

e-mail: info@sudexpert.ru

## SIGNED TESTIMONY OF THE EXPERT

I, employee of the Federal State-Funded Institution "Russian Federal Centre of Forensic Science under the Ministry of Justice of the Russian Federation:

- Head of the Academic Services Department, Leading State Forensic Expert, Marina Vladimirovna Toropova, PhD in Law, who has higher education in chemistry and law, additional professional education in specialties 3.1 "Examination of documents" and 3.2 "Examination of document details", a right to conduct independent expert assessment under specialties 3.1 and 3.2, and a total history of employment as an expert since 1987;

declare that in connection with Expert Assessment No. 1177/07-7-21 performed in pursuance of the order of Notary Public S.D. Alekseev to conduct an expert assessment dated 24 March 2021, the Head of the FBI RFCFS under the Ministry of Justice of Russia in accordance with Article 14 of the Federal Law of 31 May 2001 No. 73-F3 "On State Forensic Activity in the Russian Federation" the rights and duties of the expert specified in Articles 16 and 17 of this law were explained to me.

I understand that a person who intentionally makes a false statement is guilty of an offense under Article 307 of the RF Criminal Code.

Expert: _____ *(Signed)* _____ (M.V. Toropova)

24 March 2021

MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION
FEDERAL STATE-FUNDED INSTITUTION
RUSSIAN FEDERAL CENTRE OF FORENSIC SCIENCE UNDER THE MINISTRY OF
JUSTICE OF THE RUSSIAN FEDERATION

109028, Moscow Khokhlovski Pereulok Dom 13 Str. 2      Tel. (495) 916-21-55, fax (495) 916-26-29
e-mail: info@sudexpert.ru

# EXPERT STATEMENT

prepared in pursuance of order of the notary public S.D. Alekseyev to perform an expert examination

01 April 2021

No. 1177/07-7-21

The Examination commenced at: 09-00; 24 March 2021
The examination was completed at: 13-00; 01 April 2021

In pursuance of the order by Notary Public S.D. Alekseyev dated 24 March 2021, the Russian Federal Centre of Forensic Science under the Ministry of Justice of the Russian Federation received the following documents for examination on 24 March 2021:

— a copy of the power of attorney dated 27 June 2018 on behalf of Terra Invest LLC authorising D.A. Kharitonov to represent Terra Invest LLC ("Copy of the PoA dated 27 June 2018") on one sheet;

— Sberbank of Russia PAO form 2.2: a card, including a scan on flash-drive, with samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva ("Document Copy on a Flash Drive with the signature of G.V. Berezuyeva and the impression of the seal of Terra Invest LLC) on one sheet;

— Letter w/o number dated 20 January 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 04 February 2020 to Rozhdestveno LLC (eight sheets);

— Letter w/o number dated 06 February 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 21 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 28 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 02 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Letter w/o number dated 04 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC (one sheet);

— Sberbank of Russia PAO form 1.29 dated 12 December 2019 with samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva (one sheet);

— Sberbank of Russia PAO form 2.2 dated 12 December 2019 with samples of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva, in two copies (each copy on five sheets).

The conduct of the examination was assigned to:

— Head of the Academic Services Department, Leading State Forensic Expert Marina Vladimirovna Toropova, PhD in Law, who has higher education in chemistry and law, additional professional education in specialties 3.1 "Examination of documents" and 3.2 "Examination of document details", a right to conduct independent expert assessment under specialties 3.1 and 3.2, and a total history of employment as an expert since 1987.

The Expert M.V. Toropova was warned that a person who intentionally makes a false statement is guilty of the offense under Article 307 of the RF Criminal Code.

The expert was to answer the following question:

1. Was the power of attorney issued on 27 June 2018 to D.A. Kharitonov on behalf of Terra Invest LLC made by montage editing through copying of the impression of the seal of Terra Invest LLC and (or) G.V. Berezuyeva's signature from Form 2.2 for Sberbank of Russia PAO with samples of the impression of the seal of Terra Invest LLC and G.V. Berezuyeva's signature or other documents provided as samples?

The documents were marked with the impression of the seal of FBI RFCFS after completion of the expert examination.

## STUDY

*The following methodological literature was used during the examination:*

*E.A. Trosman, T.B. Chertkova et al. COMPOSITION AND PROPERTIES OF WRITING MATERIALS // AN EXPERT'S GUIDE. – Moscow: FBI RFCFS under the RF Ministry of Justice, 2017.*

Examination of banknotes, securities and documents produced by electrophotography. // Methodological Recommendations. – Moscow. Forensic Science Centre of the Ministry of Internal Affairs of the Russian Federation, 1998

*M.V. Toropova, Expert technologies of examination of documents produced by means of montage editing // Forensic Science, Vol. No. 1 (37) 2014, pp. 54-63.*

*Forensic computer investigations. Methodological Guidelines. PART 4. Under the editorship of A.I. Usov, joint authors. Moscow: RFCFS, 2011.*

The documents listed in the preamble to the expert statement were submitted for examination.

The Copy of tteh PoA dated 27 June 2018 is an A4-size sheet bearing the following details: Letterhead of Terra Invest LLC, printed text of the power of attorney, image of G.V. Berezuyeva's signature, and image of the impression of the seal of Terra Invest LLC. All the details are grey-black. The document copy was added to the file on supervision proceedings of the Laboratory of Forensic Examination of Documents.

A microscopic examination of the copy of the PoA dated 27 June 2018 (MBS-10 microscope, 8x magnification) revealed that:

—    the strokes of all details are matt, formed by superposition of microdots of basic colours (black, blue, crimson and yellow); The edges of the strokes are uneven, have micro-curves and indistinct ends of elements; The ink of the strokes partially penetrates the paper and forms a fairly uniform thin layer on its surface.

The above features jointly indicate that the copy of the Power of Attorney dated 27 June 2018 was printed by colour inkjet printing on an inkjet-type printer.

The copy of the document from the flash-drive with the signature of G.V. Berezuyeva and the impression of the seal of Terra Invest LLC is an A4-size sheet with the following details in its upper part: The printed text "Galina Vladimirovna Berezuyeva, General Director of Terra Invest LLC", "___"_____201_", subscript lines and subline text "Position and name (in full) of the authorised person of the Party to the Transaction)" and "(signature)"; The image of G.V. Berezuyeva's signature; The image of the impression of the seal of Terra Invest LLC. The text was printed with grey-black ink, and the signature and stamp are in blue.

A microscopic examination (MBS-10 microscope, 8x magnification) revealed that the copy of the document from the flash-drive with the signature of G.V. Berezuyeva and the impression of the seal of Terra Invest LLC (on a separate sheet) was printed by colour inkjet printing on an inkjet-type printer (see description of signs of the print method above).

The other documents submitted for examination (letters, forms 1.29, and 2.2) listed in the preamble are originals made on A4-size sheets consisting of printed details (text, letterhead), handwritten details (notes, signatures), and impressions of the seal of Terra Invest LLC.

A microscopic examination of the details on the above documents (MBS-10 microscope, 8x magnification) revealed that:

– The strokes of printed texts were formed from microparticles that are lie on the surface of the paper and have an uneven glossy lustre; – individual microparticles are scattered around the strokes and all over the sheet; – the microparticles are either one colour (in case of monochrome printing) or a base colour (in case of colour printing);

– The ink in the strokes of G.V. Berezuyeva's notes and signatures is on the surface of the paper, does not penetrate it, is distributed unevenly in the strokes (intensely coloured areas alternate with slightly coloured and uncoloured areas), has a specific gloss and is insoluble in water; – the strokes show traces of uneven pressure of the writing ball; – no stepping, discreteness or individual microdots of different colours can be seen in the strokes;

– the ink in the strokes of impressions of the seal of Terra Invest LLC penetrates the paper and has no lustre; – the edges of the strokes are ragged with slight spreading along the fibres; – the strokes are rather evenly coloured, and are not watery; – the marks of the same name in the impressions have the same configuration; – the distances between the characters in the words are even; – words and markings are arranged symmetrically in relation to the lines; – no stepping, discreteness, or individual microdots of different colours can be seen in the strokes;

The above signs indicate that the printed documents submitted for examination (letters, forms 1.29 and 2.2) were made using electrophotographic printing techniques (monochrome or colour), G.V. Berezuyeva's signatures and handwritten notes were made using ballpoint pen inks, and the seal impressions were made using stamp inks.

In order to answer the question posed, in the first stage of the examination the expert examined the Copy of the PoA dated 27 June 2018 (font parameters, formatting parameters, nature of the signature and seal impression). The examination revealed the following:

The text of the copy of the power of attorney is made in Times New Roman Cyr font, which is part of the standard font ("TrueType") of Windows text editors. The height of lower case letters is 1.7 mm, and of upper case letters 2.4 mm (± 0.05).

The font in the copy shows considerable distortion; in particular the cut-offs were practically lost, the ovals and semi-ovals were flattened, and the connecting elements thickened.

The font of the "Place for Seal" text at the location of the seal impression is different from the rest of the text, namely the height of the letters is 2.5 mm, the cut-offs are clearer, are thin, and do not merge with the element whose endings they are.

The text in the copy of the power of attorney is aligned to the width, except the 2nd line "City of Moscow twenty-seventh of June two thousand eighteen" and the line with a subscript line and the name of signatory "G.V. Berezuyeva".

The distance from the right edge of the sheet (margin) to the border of the text on the line with the name of the signatory "G.V. Berezuyeva" is 27.5 mm, which is the same as to the separating line of the letter-head, but not the same as to the right border of the main text beginning with "This power of attorney....." and ending with "... the above authorities", which distance is 31.5 mm.

All lines in the text are parallel.

The subscript line and the name of the signatory "G.V. Berezuyeva" is not on the same line with the "General Director" fragment, but is offset upwards by 1.5 mm from the line of the "General Director" fragment.

The line spacing between the penultimate line of the main text of the power of attorney ("This power of attorney is issued until the twenty-seventh day of June two thousand and twenty without the right...") and the line of the text "General Director" is 14.5 mm, which is not a multiple of the 3.8 mm line spacing used in the above text by default.

The line spacing between the penultimate line of the main text of the power of attorney and the line of the text "G.V. Berezuyeva" is 13.0 mm, which is not a multiple of the 3.8 mm line spacing used in the above text by default.

The distance from the subscript line to the line containing the text "Place for Seal" is 8.8 + 0.6 mm, and to the penultimate line of the main text 24.0 mm, which is not a multiple of the 3.8 mm line spacing used in the above text.

Inconsistencies in the lines of the lower portion of the text in the copy of the power of attorney are shown in Fig. 1 of the photo-tables attached to the Expert statement.

Thus, the lower part of the text with the details of the person on whose behalf the signature is made and the indication of the place of the seal is made using formatting parameters that are different from those applied by default in the electronic typing of the above-mentioned power of attorney (without the letter-head).

The signature of G.V. Berezuyeva is not clearly displayed in the copy, the strokes are stepped, have breaks, there are no smooth transitions of the strokes colour intensities, and the ends of the strokes are ragged. The above signs indicate that the image of G.V. Berezuyeva's signature was obtained as a copy by repeated successive technical copying.

The expert then performed a comparative analysis of the Copy of the PoA dated 27 June 2018 versus the other documents.

As a result, the expert found that in the copy of the PoA dated 27 June 2018:

− The configuration of the image of G.V. Berezuyeva's signature is different from the signatures of G.V. Berezuyeva;

− The image of the impression of the seal of Terra Invest LLC is different in the size (circles, text symbols), and the presence and position of the marking "Place for Seal", respectively

from the signatures of G.V. Berezuyeva and impressions of the seal of Terra Invest LLC in the following documents:

- Letter w/o number dated 20 January 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 February January 2020 to Rozhdestveno LLC; – Letter w/o number dated 06 February 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 21 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 28 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 02 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Sberbank of Russia PAO form 1.29 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva; – Sberbank of Russia PAO form 2.2 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva in two copies;

Thus, the signatures of G.V. Berezuyeva and impressions of the seal of Terra Invest LLC from the following documents:

- Letter w/o number dated 20 January 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 February January 2020 to Rozhdestveno LLC; – Letter w/o number dated 06 February 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 21 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 28 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 02 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Sberbank of Russia PAO form 1.29 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva; – Sberbank of Russia PAO form 2.2 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva in two copies;

were not used to make a Copy of the PoA dated 27 June 2018.

A comparative examination of the copy of the PoA dated 27 June 2018 and the copy of the documents from the flash-drive with the samples of the signature of G.V. Berezuyeva and seal of Terra Invest LLC revealed that:

The images of G.V. Berezuyeva's signature on both copies have the same configuration and dimensions, and the same particular image features (thickening, thinning, nature of endings, nature of areas of intersection with the subscript line, non-uniform intensity of areas of strokes) – See features 1 to 9 on Figures 2 and 3 of the photo-tables attached to the expert statement.

The distance from the start of the subscript line to the intersection of the first loop element of the signature is the same on both copies (30 mm).

When superposed, the signatures are almost identical (there is a slight offset, which the expert attributes to minimal changes in scaling when converting from one format to another in course of scanning, saving, and when selecting print options).

The images of the impression of the seal of Terra Invest LLC on both copies have the same dimensions and are almost identical when superimposed. The "Place for Seal" text is identically positioned in relation to the impressions. At the same time, the impressions of the seal of Terra Invest LLC are positioned differently in relation to the signatures of G.V. Berezuyeva

Upon assessing the findings as a whole, the expert concludes as follows.

The copy of the PoA dated 27 June 2018 and the copy of the document from the flash drive with the signature of G.V. Berezuyeva and the seal impression of Terra Invest LLC contain an image of the same signature of G.V. Berezuyeva with the subscript line and the same seal impression of Terra Invest LLC with the "Place for Seal" text.

The image of G.V. Berezuyeva's signature with a subscript line and an image of the Terra Invest LLC seal with the "Place for Seal" text in the copy of the PoA dated 27 June 2018 were transferred to the document separately, most likely in copy-paste mode from another electronic document (or a graphic file).

It is impossible to establish whether the copy of the power of attorney of Terra Invest LLC dated 27 June 2018 was made by means of assembly by copying images of impressions of the seal of Terra Invest LLC and (or) of G.V. Berezuyeva's signature from the document with the samples of the impression of the seal of Terra Invest LLC and G.V. Berezuyeva's signature on the flash drive, because the original of this document was not presented, but only its printed electronic copy.

The signatures of G.V. Berezuyeva and impressions of the seal of Terra Invest LLC in the following original documents:

- Letter w/o number dated 20 January 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 February January 2020 to Rozhdestveno LLC; – Letter w/o number dated 06 February 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 21 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 28 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 02 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Sberbank of Russia PAO form 1.29 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva; – Sberbank of Russia PAO form 2.2 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva in two copies;

were not used to make the copy of the PoA dated 27 June 2018.

## CONCLUSIONS:

1. The copy of the Power of Attorney dated 27 June 2018 on behalf of Terra Invest LLC authorizing D.A. Kharitonov to represent Terra Invest LLC and the copy of the document from the flash drive bearing the signature of G.V. Berezuyeva and the seal impression of Terra Invest LLC (named in the order on examination "Form 2. 2 for Sberbank of Russia PAO – Card with samples of the seal impression of Terra Invest LLC and G.V. Berezuyeva's signature") bear the image of the same signature of G.V. Berezuyeva with the subscript line and the same impression of the seal of Terra Invest LLC with the printed text "Place for Seal."

The image of G.V. Berezuyeva's signature with a subscript line and the image of the impression of the seal of Terra Invest LLC with the "Place for Seal" text in the copy of the PoA dated 27 June 2018 issued on behalf of Terra Invest LLC and authorizing D.A. Kharitonov to represent Terra Invest LLC were transferred to the document separately, most likely in copy-paste mode from another electronic document (or a graphic file).

It is impossible to establish whether the copy of the Power of Attorney on behalf of Terra Invest LLC authorizing D.A. Kharitonov to represent Terra Invest LLC was made by means of montage editing by copying the image of impression of the seal of Terra Invest LLC and / or the signature of G.V. Berezuyeva from the flash drive bearing samples of the impression of the seal of Terra Invest LLC and signature of G.V. Berezuyeva (named in the order on examination "Form 2.2

for Sberbank of Russia PAO – Card with samples of the seal impression of Terra Invest LLC and G.V. Berezuyeva's signature") because the original document was not provided.

The signatures of G.V. Berezuyeva and impressions of the seal of Terra Invest LLC in the following original documents:

- Letter w/o number dated 20 January 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 February January 2020 to Rozhdestveno LLC; – Letter w/o number dated 06 February 2020 to Freedom LLC, Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 21 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 28 February 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 02 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Letter w/o number dated 04 March 2020 to Rozhdestveno JSC, and Rozhdestveno LLC; – Sberbank of Russia PAO form 1.29 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva; – Sberbank of Russia PAO form 2.2 dated 12 December 2019 with the samples of the impression of the seal of Terra Invest LLC and the signature of G.V. Berezuyeva in two copies,

were not used to make a copy of a power of attorney on behalf of Terra Invest LLC on delegation of authority to D.A. Kharitonov to represent Terra Invest LLC.

Expert:        (*Signed*)        (M.V. Toropova)

[Round seal: MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION * Federal State-Funded Institution "Russian Federal Centre of Forensic Science * under the Ministry of Justice of the Russian Federation" * For Expert Statements]

Copies printed:
2, Copy 1 for Notary Public Alekseyev S.D., address: City of Moscow, Kutuzovski Prospekt 4/2
Copy 2 for the file of supervision proceedings of the laboratory of forensic examination of documents.
Marina Vladimirovna Toropova
8(495) 181-57-57 ext. 2701

**PHOTO-TABLE** to Expert statement No. 1177/07-7-21 dated 01 April 2021

Представляемого и совершать любые действия в рамках осуществления указанных выше полномочий.

Доверенность выдана до двадцать седьмого июня две тысячи двадцатого года без права передоверия.

Г.В. Березуева

Генеральный директор

ООО «Терра Инвест»

Figure 2. 1. The scanned fragment of the bottom of the examined Copy of the PoA dated 27 June 2018. The red lines indicate that the text "General Director", the subscript line and the text "G.V. Berezuyeva" are not on the same line.



Figure 2. Image of the signature on behalf of G.V. Berezuyeva in the Copy of the PoA dated 27 June 2018



Figure 2. Image of the signature of G.V. Berezuyeva in the copy of the documents from the flash-drive with the signature of G.V. Berezuyeva and impression of the seal of Terra Invest LLC.

The arrows indicate the same signature image features in both copies.

Expert:    (*Signed*)                                    (M.V. Toropova)

[Round seal: MINISTRY OF JUSTICE OF THE RUSSIAN
FEDERATION * Federal State-Funded Institution "Russian
Federal Centre of Forensic Science * under the Ministry of
Justice of the Russian Federation" * For Expert Statements]

Numbered, stitched together and sealed on eleven (11) sheets

Expert:         *(Signed)*                                      (M.V. Toropova)

[Round seal: MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION * Federal State-Funded Institution "Russian Federal Centre of Forensic Science * under the Ministry of Justice of the Russian Federation * [For documents]

*Перевод данного текста с русского языка на английский язык выполнен переводчиком*
*Сироткиной Марией Олеговной*

*/подпись/*

_____

**Российская Федерация**
**Город Москва**
**Десятого июня две тысячи двадцать первого года**

Я, Ребрина Елена Дмитриевна, временно исполняющая обязанности нотариуса города Москвы Акимова Глеба Борисовича, свидетельствую подлинность подписи переводчика Сироткиной Марии Олеговны.
Подпись сделана в моем присутствии.
Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 77/09 – н/77 – 2021 – *44-45*
Уплачено за совершение нотариального действия: 400 руб. 00 коп.

Е.Д. Ребрина

Прошнуровано, пронумеровано
и скреплено печатью *(25 лист(а, -ов))*.

ВРИО нотариуса:

---

This text is translated from Russian into English by the translator Sirotkina Mariya Olegovna

**Russian Federation**
**City of Moscow**
**The 10th of June, two thousand and twenty-one**
I, Rebrina Elena Dmitrievna, temporarily performing duties of Notary of Moscow Akimov Gleb Borisovich, hereby certify that this is a true signature of Sirotkina Mariya Olegovna, the translator, made in my presence.
The personality of the translator is identified.
Registered under No._____
Paid for the notarial act: 400 roubles.
Acting Notary      /signature/  E.D. Rebrina
Official seal: * Notary Public G. B. Akimov  * Notarial district City of Moscow. * Taxpayer Individual Number: 770400047857 *.
Laced, numbered and sealed a total of ___ sheets
Acting Notary      /signature/
Official seal: * Notary Public G. B. Akimov  * Notarial district City of Moscow. * Taxpayer Individual Number: 770400047857 *.

Российская Федерация
Город Москва

10 ИЮН 2021 ———————————— года

Я, Ребрина Елена Дмитриевна, временно исполняющая
обязанности нотариуса города Москвы Акимова Глеба Борисовича,
свидетельствую верность копии с представленного мне документа.

Зарегистрировано в реестре: № 77/09-н/77- 2021 - 45-645

Уплачено за совершение нотариального действия: 1560 руб. 00 коп.

Е.Д. Ребрина

Всего прошнуровано,
пронумеровано и скреплено
печатью 26 листов

ВРИО нотариуса

# APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна: Российская Федерация
   Настоящий официальный документ

2. был подписан _____ Ребриной Е.Д. _____

(фамилия)

3. выступающим в качестве

вр.и.о. нотариуса Акимова Г.Б.

(название должности)

4. скреплен печатью/штампом _____

нотариуса г. Москвы Акимова Г.Б.

_____

(название учреждения)

## УДОСТОВЕРЕНО

5. в городе _Москва_     6. _15.06.2021 г._

(дата)

7. _Никитиной А.О. начальником отдела Главного управления Министерства_
   _юстиции Российской Федерации по Москве_

(название удостоверяющего органа)

8. за № _77/19067-21_

9. печать/штамп       10. подпись

Настоящий апостиль удостоверяет подлинность подписи и должность лица, подписавшего документ, и, в надлежащем случае, подлинность печати или штампа, которыми скреплен этот документ. Апостиль не удостоверяет содержание документа, в отношении которого был выпущен./ This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued.



Прошито, пронумеровано и скреплено печатью
27 ( двадцать семь ) лист об

Начальник отдела
Главного управления Министерства юстиции
Российской Федерации по Москве

_____ А.О. Никитина