# EX. G

| # | Case No. | Date filed | Judge | Name of the Court | Plaintiffs | Defendants | Third parties | Brief summary of the cause of action |
|---|---|---|---|---|---|---|---|---|
| **Initiated by Terr Invest, LLC** | | | | | | | | |
| 1 | A40-62199/2021 | 2021.03.26 | Elena Bolshebratskaia | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC | Fridom, LLC<br>RDTS Paritet, CJSC | To dispute the decisions of the AGM held in 2020 |
| 2 | A40-61898/2021 | 2021.03.25 | Svetlana Laskina | Arbitrazh Court of Moscow | Terra Invest, LLC | The Central Bank of Russia | - | To dispute reports on refusal to initiate an administrative investigation |
| 3 | A40-36650/2021 | 2021.02.24 | Yuliia Litvinenko | Arbitrazh Court of Moscow | Terra Invest, LLC | Galina Berezueva<br>Dmitrii Kharitonov | Rozhdestveno, JSC | To invalidate of the transaction of issuing Dmitrii Kharitonov's power of attorney, dated June 27, 2018, on behalf of Terra Invest LLC |
| 4 | A40-36319/2021 | 2021.02.24 | Irina Grigoreva | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC | Fridom, LLC<br>Diana Orlova, notary of Moscow | To dispute the AGM held in 2019 |
| 6 | A40-253233/2020 | 2020.12.21 | Ivan Khudobko | Arbitrazh Court of Moscow | Terra Invest, LLC | Galina Berezueva | - | To oblige to provide documents |
| 5 | A40-247154/2020 | 2020.12.14 | Ekaterina Ivanova | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC | RDTS Paritet, CJSC<br>Fridom, LLC<br>Mikhail Cherkasov | To force Rozhdestveno, JSC to hold a AGM in 2020 |
| 7 | 2-3161/2020 ~ M-3576/2020 | 2020.12.09 | V.N. Buryakova | Kolomna City Court of the Moscow Region | Terra Invest, LLC | Dmitrii Kharitonov | - | To oblige to provide documents (power of attorney and other documents received from Rozhdestveno, JSC and Rozhdestveno, LLC) |
| 8 | A40-224507/2020 | 2020.11.17 | Olesia Kravchik | Arbitrazh Court of Moscow | Rozhdestveno, JSC, represented by a shareholder - Terra Invest, LLC | Rozhdestveno, LLC<br>Sberbank of Russia, PJSC | Viktoriya, JSC<br>Fridom, LLC<br>Diana Orlova, notary of Moscow<br>Acting Notary of Moscow Angelica Eremina - E. Omelchenko | To invalidate credit agreements between Rozhdestveno, LLC and Sberbank of Russia, PJSC |
| 9 | A40-213454/2020 | 2020.11.05 | Yuliia Litvinenko | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC | Auditing company "Art-Audit", JSC<br>Fridom, LLC | To oblige Rozhdestveno, JSC to provide access to AK "Art-Audit", JSC to conduct an audit of the accounting (financial) statements of the defendant for the period from 1/1/2017 to 12/31/2019 |
| 10 | A40-205562/2020 | 2020.10.27 | Elena Bolshebratskaia | Arbitrazh Court of Moscow | Rozhdestveno, LLC | Mir Mitino Telekov, LLC | Fridom, LLC<br>Mikhail Cherkasov<br>Rozhdestveno, JSC | To invalidate a contract |
| 11 | A40-205557/2020 | 2020.10.27 | Igor Burmakov | Arbitrazh Court of Moscow | Rozhdestveno, LLC | Elizaveta Popova | Rozhdestveno, JSC<br>Rosreestr Office in Moscow<br>Nataliia Popova<br>Fridom, LLC<br>Mikhail Cherkasov | To dispute a purchase and sale agreement of apartment |
| 12 | A40-199619/2020 | 2020.10.20 | Igor Utochkin | Arbitrazh Court of Moscow | Terra Invest, LLC | The Central Bank of Russia | - | To recognize unlawfulness of the inaction |
| 13 | A40-194670/2020 | 2020.10.13 | Irina Grigoreva | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC | Interdistrict Inspectorate of the Federal Tax Service №46 in Moscow<br>Inspectorate of the Federal Tax Service №2 in Moscow<br>Fridom, LLC | To oblige to make changes of the information in registrar (address inaccuracy) |
| 14 | A40-190197/2020 | 2020.10.08 | Nadezhda Bushmarina | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, LLC | Rozhdestveno, JSC | To oblige to provide documents |
| 15 | A40-180339/2020 | 2020.09.28 | Nadezhda Bushmarina | Arbitrazh Court of Moscow | Rozhdestveno, LLC, represented by an indirect participant - Terra Invest, LLC | UK Razvitie, LLC | Rozhdestveno, JSC<br>Fridom, LLC<br>Mikhail Cherkasov | To recognize the contract as invalid |
| 16 | A40-159035/2020 | 2020.09.01 | Nataliia Konstantinovskaia | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC | - | To oblige to provide documents |
| 17 | A40-230958/2019 | 2019.09.02 | Ekaterina Ivanova | Arbitrazh Court of Moscow | Terra Invest, LLC | Rozhdestveno, JSC<br>Rozhdestveno, LLC | Mikhail Cherkasov | To oblige to provide documents |
| **Other** | | | | | | | | |
| 1 | A40-241870/2020 | 2020.12.08 | Vasilii Laptev | Arbitrazh Court of Moscow | Rozhdestveno, JSC | Terra Invest, LLC | - | To oblige to provide information on beneficial owners |
| 2 | A40-200448/2020 | 2020.10.21 | Galina Panfilova | Arbitrazh Court of Moscow | UK Mir Mitino, LLC | Rozhdestveno, LLC | - | To collect interest / fines |
| | | Statement of claim of LLC Terra Invest to intervene in the case as a third party that does not declare independent claims | | | | | | |
| 3 | A40-194144/2020 | 2020.10.13 | Yuliia Anushkina | Arbitrazh Court of Moscow | Poultry Farm Krasnogorskaia, JSC | Rozhdestveno, LLC | - | To terminate an investment contract, on recovery of losses |
| | | Statement of claim of LLC Terra Invest to intervene in the case as a third party that does not declare independent claims | | | | | | |
| 4 | A40-171400/2020 | 2020.09.16 | Antonina Antipova | Arbitrazh Court of Moscow | Mosvodokanal, JSC | Rozhdestveno, LLC<br>Poultry Farm Krasnogorskaia, JSC | - | On debt collection under the agreement dated December 18, 2019 No. 8476 DP-V |
| | | Statement of claim of LLC Terra Invest to intervene in the case as a third party that does not declare independent claims | | | | | | |