# EX. H

More than **27** years of development experience

# Capital Group
—

one of the largest Russian development companies which has been specializing in building the most complex and iconic construction projects in Moscow for 27 years – mixed-use complexes, residential and commercial real estate.

About the company

## Ongoing projects

Высококлассная недвижимость Москвы online



CG CAPITAL GROUP

Бронируйте квартиры не выходя из дома

О нем говорили. Его ждали. Главный проект года.

БАДАЕВСКИЙ
Жилой комплекс «Бадаевский»

Zolotoy. New history of the island

Residential Quarter Zolotoy on Sofiyskaya Embankment

Безупречный ансамбль напротив Кремля

Элегантные резиденции и роскошный отель мирового уровня

The Residences Mandarin Oriental, Moscow






| | CAPITAL GROUP | ABOUT THE COMPANY | BUILDINGS | PRESS CENTER | CONTACTS | +7495 7717777 | RESULTS 2020 | RU |
| | | Site search | | | | | | ENG |

Как купить квартиру онлайн

News

Projects


### Capital Towers
Residential complex


### The Book
Жилой комплекс


### White Khamovniki
Клубный дом


### Медный 3.14
Club House


### ОКО TOWER


### NEBO


### Kutuzovsky, 12
Club House


### Mon Cher
Club House


### La Rue


### LITSA
Residential complex


### Sky House
Жилой комплекс


### Headliner
Жилой квартал


### Tricolor
Residential complex


### ПОЗИТИВ
Жилой комплекс


### Barvikha Hills
Cottage community


### Shtat 18


### Panorama
Residential complex


### Aerobus
Business class residential complex

This website is not a public offer.

# CAPITAL GROUP

⮕ Как купить квартиру онлайн

| ABOUT THE COMPANY | | BUILDINGS | PRESS CENTER | CONTACTS | +7495 7717777 | RESULTS 2020 | RU |
|---|---|---|---|---|---|---|---|
| | | | | | | | ENG |

Site search


### Severny Gorod
Residential complex


### ECO
Residential complex

### Sokolinoye Gnezdo
Mixed-Use Complex


### Klimashkina, 19


### Imperial House
Club house


### Legend of Tsvetnoy
Mixed-Use Complex


### Tikhvinskaya Usadba
Residential complex


### City of Capitals
Mixed-Use complex


### Universitet
Mixed-Use Complex


### Mixed-Use Complex Avenue 77
Mixed-Use Complex


### Constellation Capital-1
Residential complex


### Constellation Capital-2
Mixed-Use Complex


### Severnye Vorota
Residential Complex


### Timiryazevsky
Residential Complex


### Artists' Village
Residential complex

News


### Tverskoy


### City of Yachts


All news