# EX. I

# Portfolio

United States 04   /   International 05



### 830 Brickell



### Una
Residential   ·   Miami



### Capital Hill Residence
Residential   ·   Barvikha, Russia



### Aman New York
Mixed-Use   ·   New York, USA



### Missoni Baia
Residential   ·   Miami, USA



### Capital City
Mixed-Use   ·   Moscow, Russia



### Legend of Tsvetnoy
Mixed-Use   ·   Moscow, Russia



### Mon Cher
Residential   ·   Moscow, Russia



### Imperial House
Residential   ·   Moscow, Russia

Page 1 of 2                              Next page  →

---

OKO

OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement



Copyright 2021 OKO Group LLC
all rights reserved.



# Portfolio

United States 04　/　International 08



### OKO Tower

Mixed-Use　・　Moscow, Russia

---

← Previous page　　　　　　　　　　Page 2 of 2

---

# OKO

OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement

Copyright 2021 OKO Group LLC
all rights reserved.

 



# Capital City

Mixed-Use  ·  Moscow, Russia

The Capital City complex comprises two mixed-use buildings: the Moscow Tower and the St. Petersburg Tower.

## About the Project

With interiors designed by Iosa Ghini Associati and boasting not only a combined total of 141 stories of retail, office and residential spaces, the development also includes an impressive 2,200 parking spaces in Moscow City. With floor-to-ceiling windows offering panoramic views across the sprawling city, the Moscow Tower residences span floors 18 to 72, while the St. Petersburg Tower residences are located on floors 18 to 61. Apartment layouts feature open-plan living, kitchen and dining spaces, as well as spacious lobbies, comfortable en suite bedrooms, walk-in wardrobes and office space. The two buildings connect on the first 19 floors, with office, retail and spaces throughout. The retail floors occupy an extensive, naturally lit atrium on the lower three floors.

| | |
|---|---|
| Location | Moscow, Russia |
| Category | Mixed-Use High-Rise |
| Total Area | 3,107,326 sq ft / 288, 680 sq m |
| Share |  |

← Previous project       Back to Portfolio      Next project →



OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement

Copyright 2021 OKO Group LLC all rights reserved.





# Imperial House

Residential    Moscow, Russia

With its monumental Victorian style, palatial interiors and exclusive location in the very heart of historical Moscow, the imposing

Imperial House on Bolshaya Yakimanka Street across from the Tretyakov Gallery, is a landmark in modern Russian real estate, combining multifunctionality, innovative architecture and the best in technical equipment and services.

## About the Project

The 65 apartments have been developed by top designers in line with latest trends in deluxe class properties, and boast panoramic windows offering beautiful views over the Moskva River, the Kremlin, the Cathedral of Christ the Saviour, Gorky Park, Muzeon Park and Vorobyovy Gory.

Residents enjoy a unique range of amenities, including a business center with modest office space and conference halls, a private cinema, a sports complex with a swimming pool, a vintage wine collection, a cigar-smoking room and a library.

| | |
|---|---|
| Location | Moscow, Russia |
| Category | Residential Complex |
| Total Area | 471, 460 sq ft / 43,800 sq m |
| Share | |

← Previous project    ▦ Back to Portfolio    Next project →



OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement

Copyright 2021 OKO Group LLC all rights reserved.



# Legend of Tsvetnoy

Mixed-Use    Moscow, Russia

*Vladislav's personality is reflected in this duality; he expressed himself through highly celebratory working places using brave shapes, dynamics and technological elements. On the other hand, in the residential areas he softened the shades warmed by rich materials and decorative textures combined in a contemporary way.* — Iosa Ghini, Interior Designer of the project

## About the Project

Walking distance from the Kremlin, the Legend of Tsvetnoy multifunctional complex is an exclusive architectural project of American firm NBBJ. Spacious residential apartments, designed for city professionals, float above the city—with walk-through living and kitchen areas, offering residents breathtaking panoramic views of Moscow's historical center and most prominent landmarks. The luxurious lobbies, designed by Massimo Iosa Ghini, are notable for their homely atmosphere and use of high-end finishing materials, with snow-white leather and wood paneling, backlit glass walls and unique hardwood floors. The complex faces the park opposite Tsvetnoy Boulevard and houses street-level boutiques, banks, cafés and exclusive restaurants, including the newly opened Buddha-Bar Moscow.

| | |
|---|---|
| **Location** | Moscow, Russia |
| **Category** | Mixed-Use Complex |
| **Total Area** | 1,210,262 sq ft / 112,437 sq m |
| **Share** | |

← Previous project    Back to Portfolio    Next project →

OKO

OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement

Copyright 2021 OKO Group LLC all rights reserved.


About     Portfolio     News     Contact



# Mon Cher

Residential · Moscow, Russia

A luxurious mansion in the early modern style, Mon Cher is one of the most sophisticated buildings in the center of Moscow.



## About the Project

Located next to Yakimanka Square, just a five-minute walk from the Kremlin, and comprising 26 one- and two-level boutique residential key-ready suites, Mon Cher offers a sense of French chic and exclusivity right in the heart of the city.

The lobby and glass-roofed atrium with panoramic elevators, as well as the interiors of the suites themselves, are the work of acclaimed French designer Jacques Grange. Grange's elegant neoclassical style uses soft tones and antique elements to create the warmth and charm of a family home—with color accents provided by furniture pieces from renowned designers such as Dame Zaha Hadid, Mattia Bonetti, Patrice Dangel and Vincent Corbiere.

| | |
|---|---|
| Location | Moscow, Russia |
| Category | Boutique Residences |
| Total Area | 111,515 sq ft / 10,360 sq m |
| Share | |

← Previous project     Back to Portfolio     Next project →

# OKO

OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement



Copyright 2021 OKO Group LLC
all rights reserved.




About  Portfolio  News  Contact



# OKO Tower

Mixed-Use · Moscow, Russia

OKO Tower is part of the thriving Moscow City mixed-use district—centrally located within the sprawling Russian metropolis—the design of which was loosely based on London's Canary Wharf and Paris's La Défense.

## About the Project

An 85-story skyscraper and a 49-story office tower soar from a 7-story transparent crystalline base, gradually tapering away from each other as they rise. Designed by US based architectural and engineering firm Skidmore, Owings & Merrill—renowned for its iconic towers, including Burj Khalifa, the world's tallest building—the OKO Tower complex laid the groundwork for a new era in contemporary Russian development. At 1,150 feet high, and with a total area of 4,300,000 square feet, the OKO Tower is not only the largest skyscraper in Moscow, but also the highest residential tower in Europe. The complex also has the biggest parking area in Moscow, with 15 levels for 3,500 parking spaces.

Residential and office lobbies have elegant interiors by Italy-based designer Massimo Iosa Ghini. With leading engineering solutions and security systems, 24/7 services, restaurants and bars, a private cinema hall, a luxurious spa and fitness center, and a private landscaped park, OKO Tower offers the ultimate in comfort and activity. The key-ready residential apartments boast designer interiors and stunning panoramic views of the Moskva River, the Vorobyovy Gory (Sparrow Hills) park, the Kremlin and the skyscrapers of Moscow City.

| | | |
|---|---|---|
| **Location** | Moscow, Russia | |
| **Category** | Mixed-Use High-Rise | |
| **Total Area** | 4,305,565 sq ft / 400,000 sq m | |
| **Share** | | |



← Previous project     ▦ Back to Portfolio

---

# OKO

OKO Group is an international real estate development firm.

info@okogroup.com
+1 305 573 1158

About
Portfolio
News
Accessibility Statement

Copyright 2021 OKO Group LLC
all rights reserved.

