UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF TERRA INVEST, LLC UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 21-mc-00495 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Christopher Hotaling, a Partner at Nixon Peabody LLP in Chicago, Illinois, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Petitioner Terra Invest, LLC in the above captioned matter.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached to this motion the affidavit required by Local Rule 1.3

Dated: June 29, 2021

Respectfully submitted,

Christopher P. Hotaling
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-4418 (phone)
(833) 968-0535 (fax)
chotaling@nixonpeabody.com

1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF TERRA INVEST, LLC UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No. 21-mc-00495

### AFFIDAVIT OF COUNSEL FOR *PRO HAC VICE* ADMISSION

I, Christopher Hotaling, a Partner at Nixon Peabody LLP in Chicago, Illinois, duly admitted to practice before the Court of the State of Illinois, state as follows:

1. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this Affidavit to the Court in support of my motion for admission *pro hac vice* to the United States District Court of the Southern District of New York for the purposes of the above pending action before this Court.

2. I am a member in good standing of the Bar of the State of Illinois. Attached as Exhibit 1 is a Certificate of Good Standing of the Bar of Illinois.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2021, at Chicago, Illinois.

Respectfully submitted,

Counsel for Petitioner Terra Invest, LLC

ASTRID MCGRUDER
Official Seal
Notary Public - State of Illinois
My Commission Expires Jan 4, 2025

1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Christopher Paul Hotaling

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of June, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF TERRA INVEST, LLC UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No. 21-mc-00495

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Christopher Hotaling for admission to practice *Pro Hac* Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the State of Illinois; and that his contact information is as follows:

> Christopher Hotaling
> Nixon Peabody LLP
> 70 West Madison Street, Suite 3500
> Chicago, Illinois 60602
> (312) 977-4418 (phone)
> (833) 968-0535 (fax)

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Petitioner Terra Invest, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciple of attorneys.

Dated: _____

_____
HON. ANDREW L. CARTER, Jr.
United States District Judge

1